CRM 118-EDKY 6/96

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY**

## FORM REGARDING EXHAUSTION OF ADMINISTRATIVE REMEDIES

NAME _Jared Andrews_____ ACTION NO._____

PLACE YOU WERE CONFINED WHEN COMPLAINED OF ACTIONS HAPPENED:

_Luther Luckhett Correctional Complex_____

1.   Is there a prisoner grievance procedure in the institution where this happened?

       Yes (X)             No ( )

2.   Did you present the facts relating to your complaint in the prisoner grievance procedure?

       Yes (X)             No ( )

3.   If your answer is YES,

   A.   Who did you tell? _The Administration_____

   B.   What was the result?

       _They issued a Prea investigation and
       stated it was unfounded but the camera will
       reflect._

4.   If your answer is NO, explain why not.

       _____

       _____

5.   If there is no prison grievance procedure in the institution, did you complain to prison authorities?

       Yes ( )             No ( )

6.   If your answer is YES,

   A.   Who did you tell?_____

   B.   What was the result?

       _____

       _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _7-91-18_                _____
                    Date                          Signature of Plaintiff/Petitioner

<u>COMMISSIONER'S REVIEW</u>

<u>PREA GREIVANCE</u>

<u>REVIEW AND DECISION</u>                                                <u>DATE OF DECISION</u>
                                                                         7/27/2018

Jared Andrews #290943
Luther Luckett Correctional Complex
Dawkins Road Box 6
LaGrange, KY  40031

RE: Grievance # 18-660

Below, you will find the Commissioner's decision in regard to your grievance(s).  A copy of the Commissioner's decision has been sent to Warden Scott Jordan, Dagon Moon, Grievance Coordinator and the Inmate Grievance Aide for their information.

I have reviewed your grievance.  A PREA investigation was initiated based upon the allegations contained in the grievance.  Based upon the investigation your allegations have been determined to be unfounded.  On the night in question the staff member in question had a camera to record inmate behavior in cell 201 in RHU.  The staff member inadvertently filmed the wrong cell for approximately 6 seconds before he discovered the error.  There is no indication that this was a deliberate act to film you taking a shower.  There is also no evidence that staff were making fun of your genitals.  Therefore, I concur with the facility on this matter.  No further response necessary.

COMMISSIONER'S SIGNATURE

# ORIGINAL

Rev. /2006

Attachment I
CPP 14.6

## DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE FORM

LUTHER LUCKETT CORRECTIONAL COMPLEX
NAME OF INSTITUTION

DATE FILED: 7/17/2018

| Jared Andrews<br>GRIEVANT NAME<br># 290943<br>GRIEVANT NUMBER | # 18-660<br>GRIEVANCE NUMBER<br>RHU<br>UNIT/HOUSING ASSIGNMENT |
|---|---|

SUBJECT MATTER OF GRIEVANCES (Circle One)

1. Department Regulations
2. Canteen
3. **Conflict with Staff (PREA)**
4. Food
5. Furloughs
6. Inmate Accounts
7. Housing Assignments
8. Grievance Mechanism
9. Institutional Physical Conditions
10. Institutional Regulations
11. Job Assignments
12. Legal Services
13. Mail

14. Medical/Dental/Mental Health Services
a. Access to Health Care Services
b. Quality of Health Care
c. Unfair or Discriminatory Treatment
d. Safety or Sanitation
15. Personal Property
16. Permission to Marry
17. Recreation
18. Religious Services
19. Telephone Calls
20. Treatment Program Assignments
21. Trips away from the facility
22. Visiting

DUE DATES
*8- 7-18*

Informal Resolution

Grievance Committee

Warden Administrative Review

Notes/ETC.
**FORWARD TO:**
**Scott Jordan**
**(PREA)**

Grievant has received his free copy of this grievance on this
day of _____

Grievant's Signature _____

Grievance Aide's Signature _____

Rev. /2006                                                                    Attachment II
                                                                              CPP 14.6

## DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE FORM

NAME: Jared Andrews                          INSTITUTION: L.L.C.C.
INSTITUTIONAL NUMBER: #290943                GRIEVANCE NUMBER: 18-660
UNIT/HOUSING ASSIGNMENT: RHU                 DATE RECEIVED: 7/17/2018

**BRIEF STATEMENT OF THE PROBLEM**: On 7/13/18 I was takeing a shower and an
Officer came to my window and video tapped me while I was in the shower completely naked.
My privacy was violated I feel like the Officers were laughing at my private aeras. I filled a Prea
on the phone also with a Prea on the phone also with a prea investagiator here at LLCC.

**ACTION REQUESTED**: For my safty and well being I ask that the proper procedure is
followed regarding all Officers involved.

_____  2-17-18     _____ 7-17-18
GRIEVANT'S SIGNATURE              DATE         GRIEVANCE AIDE'S SIGNATURE / DATE

---

## INFORMAL RESOLUTION STAGE

_____

_____

_____

_____


_____          _____    _____
STAFF SIGNATURE                   DATE             GRIEVANCE AIDE'S SIGNATURE / DATE


I am _____ or am not _____ satisfied with this informal resolution to my grievance. (You have 5
working days to forward this form to the Grievance Coordinator to request a hearing.)


_____          _____
GRIEVANT'S SIGNATURE                      DATE

18 660

SPECIAL SERVICES

JUL 1 7 2018

LLCC

## INMATE GRIEVANCE OFFICE
### LUTHER LUCKETT CORRECTIONAL COMPLEX
P.O. BOX 6, LaGrange, KY. 40031-0006

## GRIEVANCE INFORMATION FORM

**Please Print**

NAME: Jared Andrews.   NUMBER 290943   DORM: 209A WING: RHU
        Andrews

**STATEMENT OF PROBLEM:**

On 7-13-18. I was takeing a shower and
An officer came to my window and video
tapped me while I was in the shower
compleetly naked. My Privacy was violated
I feel like the officers were laughing
at my Private aeras. I filed a Prea on
the phone also with a Prea investagiator
here at LLCC.

Highlighted Needs
to be Removed
on NG#11

PREA

OK #3

7-17-18
(DM)

**ACTION REQUESTED:**

For my Safty and well being I ask that I be
rebeated to another facility and that the
Proper procdure is followed reggarding all officers
involved.

GRIEVANT'S SIGNATURE: Jared Andrews

DATE RECEIVED: _____

GRIEVANCE AIDES SIGNATURE: _____

Forward To Warden Jordan

☐ Check here if grievance is Medical/ Dental/
Mental Health.

Grievance Aides Allowed Access:

___ YES      ___NO

INMATE MUST INITIAL

Rev. 3/2006

Attachment III General
CPP 14.6

**GRIEVANCE COMMITTEE**

FINDINGS AND RECOMMENDATIONS          DATE _____

*Direct Appeal To Warden*

( ) I AM SATISFIED WITH THE RECOMMENDATION COMMITTEE MEMBERS:
OF THE GRIEVANCE COMMITTEE

( ) I WISH TO APPEAL THIS RECOMMENDATION TO
THE WARDEN. (You have 3 working days to
forward this form to the Warden.)

CHAIRPERSON

GRIEVANT'S SIGNATURE / DATE

**WARDEN'S REVIEW**

REVIEW AND DECISION          DATE OF DECISION  7/17/18

( ) I AM SATISFIED WITH THIS DECISION.

( ) I WISH TO APPEAL THIS DECISION TO THE COMMISSIONER.
(You have 3 working days to forward this form to the Grievance Coordinator for the Ombudsman.)

GRIEVANT'S SIGNATURE / DATE          WARDEN'S SIGNATURE